| | | |
|---|---|---|
| CAAP–12–00 00706 | Simeona v. Dydasco | Affirmed |
| CAAP–13–00 00908 | State v. King | Reversed |